EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de concesión de los días 28 de marzo, 26 de julio, 29 de noviembre, 23, 24, 30 y 31 de diciembre de 2024; 17 de abril, 28 de noviembre, 24 y 31 de diciembre de 2025 y 5 de enero de 2026 | 2024 TSPR 2<br><br>213 DPR ___ |

Número del Caso:  EM-2024-0001


Fecha:  16 de enero de 2024



Materia: Extensión de términos del Poder Judicial.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de términos por motivo de concesión de los días 28 de marzo, 26 de julio, 29 de noviembre, 23, 24, 30 y 31 de diciembre de 2024; 17 de abril, 28 de noviembre, 24 y 31 de diciembre de 2025 y 5 de enero de 2026

EM-2024-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de enero de 2024.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa Núm. OAJP-2023-111 de 16 de octubre de 2023, con el fin de dar continuidad a las medidas de control de gastos adoptadas por el Poder Judicial a partir del año fiscal 2014-2015. Entre las medidas instituidas, se decretaron unas fechas de cierres totales del Tribunal General de Justicia entre marzo de 2024 y enero de 2026.

La Orden Administrativa Núm. OAJP-2023-111 dispone que los días siguientes serán de cierre total en el Poder Judicial: 28 de marzo de 2024, 26 de julio de 2024, 29 de noviembre de 2024, 23, 24, 30 y 31 de diciembre de 2024, 17 de abril de 2025, 28 de noviembre de 2025, 24 y 31 de diciembre de 2025, y 5 de enero de 2026. Durante un cierre total, los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y juezas de turno que operarán como se acostumbra en un día feriado.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas

leyes, reglas o reglamentos de los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. Por tal razón, los días decretados como cierres totales se considerarán como si fueran feriados. Cualquier término que venza durante las fechas decretadas se extenderá al día laborable siguiente.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo